No. 322. BREWER and wife, Appellants, v. AMERICAN FAMILY MUTUAL INSURANCE COMPANY and another, Respondents.

(Also reported in 224 N. W. 2d 214.)

The cause was submitted for the appellants on the brief of *Wickhem, Consigny, Sedor, Andrews & Hemming, S. C.* of Janesville; and for the respondents on the brief of *Thompson, Evans, Hostak & Clack* of Racine.

Judgment affirmed.